# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| | |
|---|---|
| TIMOTHY W. CLOYD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | No. 1:17-cv-00008 |
| v. ) | Chief Judge Crenshaw |
| ) | |
| CORIZON HEALTH CARE, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

After Plaintiff failed to respond to the Motion for Summary Judgment (Doc. No. 17) filed by Defendants Corizon Health Inc. and Corizon Inc., Magistrate Judge Brown entered a Report and Recommendation (Doc. No. 41) recommending that the Motion be granted. The basis for the recommendation is that Plaintiff complains about the health care he received at the South Central Corrections Facility in 2016, yet Corizon did not provide medical care at that facility after 2013.

On the day objections were due, Plaintiff filed a Motion for Preliminary Injunction (Doc. No. 45) in which he claims he now needs an MRI. While that filing also contains several pages titled "Object to Summary Judgment," (id. at 8-10), Plaintiff does not address the assertion that the Corizon Defendants are not, and were not, responsible for his medical care at the time of the events giving rise to his Complaint.

Therefore, and having conducted a *de novo* review of the matter under Rule 72 of the Federal Rules of Civil Procedure, the Court agrees with Magistrate Judge Brown's recommended disposition. Accordingly, the Report and Recommendation (Doc. No. 41) is **ADOPTED**, the Corizon Defendants' Motion for Summary Judgment (Doc. No. 17) is **GRANTED**, and the claims

against those Defendants are hereby **DISMISSED WITH PREJUDICE.** The Court also **FINDS** that any appeal of the dismissal of the Corizon Defendants would not be taken in good faith.

This case is hereby **RETURNED** to Magistrate Judge Brown for further pretrial case management.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE